IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FELIPE V. FLORES, Individually,
and as Personal Representative of the Estate of
FELIPE L. FLORES, Deceased,

        Plaintiffs,

v.                                                           CV 10-579 WJ/CG

NEW MEXICO DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

## ORDER APPOINTING PERSONAL REPRESENTATIVE

This matter is before the Court upon Plaintiff's *Motion for Informal Appointment of Personal Representative* ('Motion'). (Doc. 13). The Motion seeks the appointment of Felipe V. Flores as personal representative for the Estate of Felipe L. Flores, Jr. in compliance with the New Mexico Wrongful Death Act, NMSA 1978 § 41-2-1 et seq. Plaintiff seeks to be appointed as personal representative so that he may pursue the Estate's wrongful death claim. In support of his Motion, Plaintiff states that he is the father of Felipe L. Flores, Jr., that he has a statutory interest in his son's Estate, and that he is a fit and proper person to be appointed as personal representative. (*Id.* at 1). Both Plaintiff and the Defendants have informed the Court that the Motion is unopposed. (*See* Doc. 14; Doc. 15; Doc. 16). Therefore, the Court being fully advised in the premises, **FINDS** that the Motion is well taken and will be **GRANTED.**

**IT IS HEREBY ORDERED** that, pursuant to the New Mexico Wrongful Death Act, NMSA 1978 § 41-2-1 et seq, Felipe V. Flores shall be appointed as the personal

representative for the Estate of Felipe L. Flores, Jr.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE